## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WAYNE E. MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-1154-M |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 9, 2008, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by September 29, 2008. On that date, plaintiff filed his objections, particularly objecting to the Magistrate Judge's finding that the Administrative Law Judge did not commit legal error in his consideration of the disability rating provided by the Veteran's Administration.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on September 9, 2008, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 3rd day of October, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE